UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| DONALD F. CALDWELL ) | |
| ) | No. 4:13-CV-8 |
| *Plaintiff*, ) | *Judge Mattice* |
| v. ) | |
| ) | |
| MAYOR PEGGY BEVELS; ) | |
| LINCOLN COUNTY SHERIFF ) | |
| MURRAY BLACKWELDER; CHIEF ) | |
| JAIL ADMINISTRATOR ROBERT ) | |
| ROWE; ASSISTANT JAIL ) | |
| ADMINISTRATOR CHRIS THORNTON; ) | |
| ) | |
| *Defendants.* ) | |

## **MEMORANDUM**

Plaintiff, a *pro se* prisoner, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 2). The Court previously ordered Plaintiff to amend his complaint and file it on or before March 24, 2014 (Doc. 6). Further, Plaintiff was notified that failure to amend his complaint and file it as ordered would result in the dismissal of the complaint (Doc. 6). Plaintiff has neither filed an amended complaint nor filed any response to the Court's Order.

Federal Rule of Civil Procedure 41(b) permits the involuntary dismissal of a suit when a plaintiff fails to prosecute his case. Plaintiff has given no indication that he intends to proceed with this action. Rule 41(b) of the Federal Rules of Civil Procedure allows a court to dismiss an action *sua sponte* for failure to prosecute or for failure to comply with the federal rules or any court order. This authority is based on the Court's

inherent authority to control its docket and prevent undue delays in the disposition of pending cases.

Therefore, this action will be **DISMISSED** for Plaintiff's failure to prosecute and to comply with the orders of this Court, and the Clerk will be **DIRECTED** to close the case (Doc. 2). Fed. R. Civ. P. 41(b); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991).

An appropriate Judgment will enter.

                              */s/ Harry S. Mattice, Jr.*
                              HARRY S. MATTICE, JR.
                              UNITED STATES DISTRICT JUDGE